424 A.2d 540

Commonwealth v. Hennessey, Appellant.

Submitted June 29, 1979. Lawrence J. Patterson, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Judgment of sentence affirmed.